**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**IN RE: MID-AIR COLLISION IN WASHINGTON, D.C., JAN. 29, 2025**

**DOUGLAS C. LANE**, Individually, as Personal Representative of the Estate of **SPENCER SEOJIN LANE**, deceased, and on behalf of all Surviving Beneficiaries,

Plaintiff,

-v.-

AMERICAN AIRLINES INC.
1 Skyview Dr.
Fort Worth, TX 76155

PSA AIRLINES, INC.
1 Terminal Dr.
Middletown, PA 17057

UNITED STATES OF AMERICA,
Pamela Bondi, in her official capacity as U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue N.W.
Washington, D.C. 20530-0001

Defendants.

Lead Case No: 1:25-cv-03382-ACR

**SHORT FORM COMPLAINT**

Plaintiff DOUGLAS C. LANE, Individually, as Personal Representative of the Estate of SPENCER SEOJIN LANE, deceased, and on behalf of all Surviving Beneficiaries, respectfully alleges as follows:

1. Plaintiff refers to and incorporates herein by reference the Master Complaint, and any and all later amendments thereto, filed in IN RE: MID-AIR COLLISION IN WASHINGTON, D.C., ON JAN. 29, 2025, as though fully set forth herein. Plaintiff adopts the Master Complaint and agrees to be bound by any rulings with respect to the pleadings of the Master Complaint.

2. Plaintiff adopts each of the general allegations of the Master Complaint except for those paragraph numbers set for here, if any: N/A.

**CLAIMS AGAINST DEFENDANTS**

3. Plaintiff brings those Counts, as applicable, against each of the Defendants in the Master Complaint checked below:

☒ AMERICAN AIRLINES, INC.

☒ PSA AIRLINES, INC.

☒ UNITED STATES OF AMERICA

4. Plaintiff incorporates by reference each of the Causes of Action in the Master Complaint checked below:

*As against AMERICAN AIRLINES, INC.:*

☒ First Cause of Action for Wrongful Death Based Upon Common Carrier Duty

☒ Second Cause of Action for Survival Based Upon Common Carrier Duty

☒ Third Cause of Action for Wrongful Death Based Upon Negligence

☒ Fourth Cause of Action for Survival Based Upon Negligence

*As against PSA AIRLINES, INC.:*

☒ Fifth Cause of Action for Wrongful Death Based Upon Common Carrier Duty

☒ Sixth Cause of Action for Survival Based Upon Common Carrier Duty

☒ Seventh Cause of Action for Wrongful Death Based Upon Negligence

☒ Eighth Cause of Action for Survival Based Upon Negligence

*As against UNITED STATES OF AMERICA:*

☒ Ninth Cause of Action for Wrongful Death Based Upon Negligence

☒ Tenth Cause of Action for Survival Based Upon Negligence

**PLAINTIFF'S INFORMATION:**

5. Decedent, SPENCER SEOJIN LANE, is an individual who was killed in the crash of American Eagle Flight 5342 ("AE 5342") on January 29, 2025.

6. SPENCER SEOJIN LANE resided in Rhode Island.

7. Plaintiff DOUGLAS C. LANE is a resident of Rhode Island and was the father of SPENCER SEOJIN LANE, deceased.

8. Plaintiff DOUGLAS C. LANE brings this lawsuit individually on his own behalf, as Personal Representative of the Estate of SPENCER SEOJIN LANE, deceased, and on behalf of all surviving beneficiaries of the Estate of SPENCER SEOJIN LANE.

9. On or about MAY 5, 2025, the State of Rhode Island Probate Court issued an order appointing DOUGLAS C. LANE as the Personal Representative of the Estate of SPENCER SEOJIN LANE. Therefore, he has standing to assert both wrongful death and survival claims on behalf of all beneficiaries of SPENCER SEOJIN LANE and brings this lawsuit in his representative capacity.

**PLAINTIFF'S ADMINISTRTIVE CLAIM**

10. On or about July 16, 2025, Plaintiff DOUGLAS C. LANE, on behalf of himself, the Estate of SPENCER SEOJIN LANE, deceased, and all surviving beneficiaries, served his initial administrative claims upon the FAA.

11. On or about July 16, 2025, Plaintiff DOUGLAS C. LANE, on behalf of himself, the Estate of SPENCER SEOJIN LANE, deceased, and all surviving beneficiaries, served his initial administrative claims upon the United States Army ("Army").

12. The USA:

☐ did not serve any formal response either accepting or denying any of the aforementioned claims within six months of filing, as set forth in 28 U.S.C. § 2675(a). This therefore constitutes a final denial of the claims entitling Plaintiff to file this complaint pursuant to 28 U.S.C. § 2675(a).

and/or

☒ the FAA denied Plaintiff's claims on November 10, 2025 on behalf of both the FAA and United States Army ("Army").

**PLAINTIFF'S DAMAGES**

13. Plaintiff requests all available wrongful death and survival economic and non-economic damages in an amount according to proof at trial, including but not limited to the following:

☒ DECEDENT's unusual G-forces, physical injuries, conscious pain and suffering, mental anguish, emotional distress, fear of impending death, and other injuries and damages that ultimately caused his/her death;

☒ the loss of the gross earning power of the DECEDENT;

☒ the loss of the full value of the life of the DECEDENT;

☒ loss of the parental and/or familial relationship arising from the death of the DECEDENT;

☒ the loss of financial support and contribution of the DECEDENT;

☒ loss of services;

☒ loss of inheritance;

☒ loss of accumulations;

☒ full pecuniary loss of the DECEDENT;

☒ loss of past and future income, support, society, love, grief, consortium, solatium, services, guidance, care, comfort, and companionship of the DECEDENT;

☒ loss of life's pleasures;

☒ loss of enjoyment of life of the DECEDENT;

☒ mental anguish and mental pain and suffering that the heirs, beneficiaries and distributees of the DECEDENT's Estate were caused to incur;

☒ other necessary and reasonable expenses as a result of the DECEDENT's death;

☒ attorneys' fees, costs and other damages permitted under applicable laws;

☒ pre- and post-judgment interest on all damages as allowed by law;

☒ all costs of suit herein;

☒ such other and further relief as the Court shall deem just and proper;

☐ Other (specify):

**ADDITIONAL ALLEGATIONS, IF ANY**

14. At the time of his death, Decedent Spencer Lane was an accomplished competitive figure skater affiliated with The Skating Club of Boston. Widely regarded as one of sport's most promising future stars, Spencer's meteoric rise through the ranks of competitive figure skating, together with his flair and personality, set him apart in the figure skating community. Spencer had recently completed an outstanding season in U.S. Figure Skating's National Qualifying Series (NQS), winning two of three NQS events before earning the gold medal at the Eastern Sectional Championships in the intermediate men's division. This achievement secured his invitation to the U.S. Figure Skating High Performance National Development Camp in Wichita, Kansas. Additionally, Spencer was a high school junior balancing his academic responsibilities with full-time training.

Spencer is survived by his father, Douglas C. Lane, and his brother, M.C.L. Spencer perished alongside his mother, Christine Lane, in this tragic crash. He leaves behind numerous family members, friends, and fellow members of the skating community who deeply mourn his loss. Spencer's loss has caused profound emotional and psychological harm to his father, who will carry the weight of his absence for the rest of his life.

**DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a trial by jury as to all claims in this action.

Dated: January15, 2026

**KREINDLER & KREINDLER LLP**

By: *_/s/ Vincent C. Lesch_*
Brian J. Alexander

(Bar ID: NY0679)
Justin T. Green
(Bar ID: NY0692)
Anthony Tarricone
(Bar ID: 492480)
Daniel O. Rose
(*pro hac vice* application forthcoming)
Vincent C. Lesch
(Bar ID: NY0675)
Evan Katin-Borland
(Bar ID: NY0674)
Erin R. Applebaum
(*pro hac vice* application forthcoming)
485 Lexington Avenue, 28th Floor
New York, New York 10017
(212) 687-8181
balexander@kreindler.com
jgreen@kreindler.com
atarricone@kreindler.com
drose@kreindler.com
vlesch@kreindler.com
ekatinborland@kreindler.com
eapplebaum@kreindler.com